FILED
CLERK, U.S. DISTRICT COURT
3/16/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VAM___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          PLAINTIFF<br>v.<br>DAVID EARL GILLIES and<br>FOGGING SOLUTIONS LLC,<br> dba MOUNTAIN FOG,<br>          DEFENDANTS | CASE NUMBER<br>CR No.   2:22-cr-00091-FMO<br><br>**NOTICE TO COURT OF<br>RELATED CRIMINAL CASE**<br><br>(PURSUANT TO GENERAL ORDER 14-03) |

   Plaintiff United States of America hereby informs the Court that the above-entitled criminal case may be related to <u>United States v. Jonathan Paul Gershman</u>, Case No. CR 21-319-AGR, which:

   __X__   was previously assigned to the Honorable Alicia G. Rosenberg;

   _____   has not been previously assigned.

The above-entitled cases may be related for the following reasons:

   __X__   the cases arise out of the same conspiracy, common scheme, transaction, series of transactions or events;

   _____   the cases involve one or more defendants in common and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

   Additional explanation (if any):

Dated: March 16, 2022

                                                                    MARK A. WILLIAMS
                                                                    Assistant United States Attorney