# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - CHANGE OF PLEA

Case No.: CR 22-00091-PD

Date: May 26, 2022

Present: The Honorable Patricia Donahue, ☐ District Judge / ☑ Magistrate Judge

| Isabel Martinez | 05/26/2022 Court Smart | N/A | Mark A. Williams |
|---|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Interpreter* | *Assistant U.S. Attorney* |

**USA v. DEFENDANT(S) PRESENT**

David Earl Gillies
☐ Custody ☑ Bond ☐ O/R

Fogging Solutions LLC doing business as Mountain Fog
☐ Custody ☐ Bond ☐ O/R

**ATTORNEYS PRESENT FOR DEFENDANTS**

David W. Wiechert
☐ Appointed ☑ Retained

David W. Wiechert
☐ Appointed ☑ Retained

**PROCEEDINGS:** GUILTY PLEA AND SENTENCING

☑ Defendant moves to change plea to the Information.
☑ Defendant now enters a new and different plea of Guilty to Count(s) 1 and 2 of the Information.
☑ The Court questions the defendant regarding plea of Guilty and finds it knowledgeable and voluntary and orders the plea accepted and entered
☐ The Court refers the defendant to the Probation Office for investigation and report and continues the matter to _____ for sentencing.
☐ The Court vacates the court and/or jury trial date.
☐ The pretrial conference set for _____ is off calendar as to defendant _____.
☐ Court orders:

☑ Other: For the reasons stated on the record, the Court approved the parties' stipulation for immediate sentencing and waiver of the Presentence Report. The Court proceeds to immediate sentencing. See Judgment and Commitment Order.

: 45

Initials of Deputy Clerk  IM

cc: Probation Office